Yana A. Hart Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
*Timothy Mullins*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Mullins, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bitmo, Inc.,<br><br>Defendant. | **CASE NO.: 3:19-CV-02385-LAB-MSB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Timothy Mullins hereby moves this Court to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the putative class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Dated: January 8, 2020                    **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
    Yana A. Hart, Esq.
    *Attorney for Plaintiff*